IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KERRY DAVIS**                                                                                       **PLAINTIFF**

v.                    Cause  No. 4:15-cv-4034-SOH-BAB

**HEMPSTEAD COUNTY DETENTION FACILITY, and**                           **DEFENDANTS**
**HEATH ROSS, JAMES SINGLETON,**
**JOHNNY GODBOLT, and JOAN McCLAIN**

### ORDER

Before the Court are Plaintiff, **KERRY DAVIS's**, Motion for Leave to Proceed *In Forma Pauperis* (IFP) (ECF No. 1) and Motion for Service (ECF No. 5).  These Motions have been referred to the undersigned for decision.   I have reviewed the Motions and find that Plaintiff is entitled to proceed IFP in this matter.  Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (IFP) (ECF No. 1) and Motion for Service (ECF No. 5) are **GRANTED**.  Pursuant to the provisions of the Prison Litigation Reform Act, the clerk is directed to collect the $350.00 filing fee from the plaintiff.  The United States Marshall is directed to serve the Defendants.

I find the Complaint (ECF No. 2) in this matter should be served on Defendants Heath Ross, James Singleton, Johnny Godbolt, and Joan McClain.[1]  All Defendants may be served at the Hempstead County Sheriff's Office, 312 S. Washington Street, Hope, Arkansas, 71801.  If the Sheriff's Office will not accept service for any of the Defendants, it is DIRECTED to so advise the Court and provide the Court with each Defendants' last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order, and may be filed under seal.

---

[1] Defendant Hempstead County Detention Facility is not a proper party and will be dismissed by separate order.

Defendants are to be served without prepayment of fees and costs or security. **Defendants are ordered to answer within twenty-one (21) days from the date of service.**

**The Clerk is directed to prepare and issue summons and a USM 285 for the Defendants being served.**

**IT IS SO ORDERED** this **16th day of April 2015.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE