IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KERRY DAVIS**                                                                                     **PLAINTIFF**

**v.**                              **Civil No. 4:15-cv-04034**

**HEATH ROSS; JAMES SINGLETON;**
**JOHNNY GODBOLT and JOAN MCCLAIN**                              **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 18) is hereby **GRANTED**, and the above styled case is dismissed with prejudice.

**DATED this 19th day of April 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE